Sheri M. Thome, Esq.
Nevada Bar No. 008657
Jason R. Wigg, Esq.
Nevada Bar No. 007953
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
Email: Sheri.Thome@wilsonelser.com
Email: Jason.Wigg@wilsonelser.com
*Attorneys for Defendant*
*DeRoyal Industries, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LINDA GOODHOPE;<br><br>        Plaintiffs,<br><br>vs.<br><br>DEROYAL INDUSTRIES, INC., a foreign corporation; ROE MANUFACTURER; ROE MAINTENANCE AND REPAIR; DOE INDIVIDUALS 1-20 and ROE ENTITIES 1-20;<br><br>        Defendants. | Case No.  2:22-cv-02098-APG-DJA<br><br>**STIPULATION AND ORDER TO DISMISS PRAYER FOR PUNITIVE DAMAGES IN FIRST AMENDED COMPLAINT WITHOUT PREJUDICE [ECF NO. 1-1]** |

**IT IS HEREBY STIPULATED and AGREED**, by and between DEROYAL INDUSTRIES, INC., ("Defendant") by and through its counsel of record, Sheri M. Thome, Esq., and Jason R. Wigg, Esq., of the law firm Wilson, Elser, Moskowitz, Edelman & Dicker LLP, and Plaintiff LINDA GOODHOPE ("Plaintiff") by and through her counsel of record, Johnathan M. Leavitt, Esq., of the Richard Harris Law Firm, that Plaintiff's prayer for punitive damages included within her First Amended Complaint [ECF No. 1-1] shall be dismissed without prejudice.

///

///

279193361v.1

**IT IS FURTHER STIPULATED and AGREED** that due to the stipulated dismissal of Plaintiff's prayer of punitive damages without prejudice, Defendant's Motion to Dismiss Prayer for Punitive Damages in First Amended Complaint [ECF No. 8] is hereby withdrawn.

Dated this 18th day of January 2023

By: /s/ Sheri M. Thome
SHERI M. THOME, ESQ.
Nevada Bar No. 8657
JASON R. WIGG, ESQ.
Nevada Bar No. 7953
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
6689 Las Vegas Blvd. South
Suite 200
Las Vegas, Nevada 89119
*Attorneys for Defendant*

Dated this 18th day of January 2023

By: /s/ Johnathan M. Leavitt
RICHARD A. HARRIS, ESQ.
Nevada Bar No.: 505
JOHNATHAN M. LEAVITT, ESQ.
Nevada Bar No.: 13172
RICHARD HARRIS LAW FIRM
801 South Fourth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

**ORDER**

**IT IS SO ORDERED**

_____
UNITED STATES DISTRICT JUDGE

Dated: January 19, 2023

-2-

279193361v.1