Sheri M. Thome, Esq.
Nevada Bar No. 008657
Jason R. Wigg, Esq.
Nevada Bar No. 007953
**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
Email: Sheri.Thome@wilsonelser.com
Email: Jason.Wigg@wilsonelser.com
*Attorneys for Defendant DeRoyal Industries, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LINDA GOODHOPE;<br><br>            Plaintiffs,<br><br>vs.<br><br>DEROYAL INDUSTRIES, INC., a foreign corporation; ROE MANUFACTURER; ROE MAINTENANCE AND REPAIR; DOE INDIVIDUALS 1-20 and ROE ENTITIES 1-20;<br><br>            Defendants. | Case No.   2:22-cv-02098-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br>**(Fourth Request)**<br><br>As amended on pages 3 and 4 |

Plaintiff Linda Goodhope ("Plaintiff") and Defendant DeRoyal Industries, Inc. ("DeRoyal"), by and through their undersigned counsel of record, hereby submit the following Stipulation to Extend Discovery Deadlines. This is the fourth request to extend the deadlines in the scheduling order (ECF Nos. 16, 21, 23 and 26).

**A.    DISCOVERY COMPLETED TO DATE**

1. The Rule 26(f) conference was held on February 2, 2023.

2. Plaintiff served initial disclosures on February 8, 2023.

3. DeRoyal served initial disclosures and requests for production of documents and interrogatories on Plaintiff on February 15, 2023.

4. Plaintiff timely served her written responses to the discovery requests on March 17, 2023.

5. First supplemental disclosures were served on March 17, 2023 by Plaintiff.

294017451v.1

6. On April 11, 2023, DeRoyal requested Plaintiff's medical records from various providers.

7. On March 28, 2023, Plaintiff served requests for admission, interrogatories, and requests for production on DeRoyal. DeRoyal timely served its written responses to the discovery requests on May 11, 2023.

8. DeRoyal served its first supplemental disclosures on May 12, 2023.

9. The deposition of UMC's Rule 30(b)(6) designees were taken via Zoom on June 12, 2023.

10. On June 13, 2023, third supplemental disclosures were served by DeRoyal and Plaintiff served her second supplemental disclosures.

11. DeRoyal served its fourth supplemental disclosures on August 2, 2023.

12. Plaintiff's deposition was taken on August 7, 2023.

13. On August 8, 2023, DeRoyal served its fifth supplemental disclosures.

14. DeRoyal served its sixth supplemental disclosures on November 30, 2023.

15. On January 4, 2024, DeRoyal served its seventh supplemental disclosures.

16. Eighth supplemental disclosures were served by DeRoyal on January 9, 2024.

17. The parties served their initial designations of expert witnesses on January 31, 2024.

18. Plaintiff served her third supplemental disclosures on February 9, 2024.

19. Plaintiff took the depositions of DeRoyal's FRCP 30(b)(6) designees on February 15, 2024 and February 16, 2024.

20. DeRoyal served its designation of rebuttal expert witnesses on February 29, 2024.

21. On February 29, 2024, Plaintiff served her fourth supplemental disclosures and first supplement to initial designation of expert witnesses.

**B.   DISCOVERY THAT REMAINS TO BE COMPLETED**

The parties anticipate completing the following discovery:

1. Production of additional documents being obtained from Plaintiff's providers;

2. Potentially additional depositions of fact witnesses;

3. Depositions of Experts.

**C.   REASONS WHY DEADLINE WAS NOT SATISFIED/GOOD CAUSE FOR REQUEST**

After the parties served their expert and rebuttal expert disclosures, they discussed and agreed to mediate this matter in hopes of resolution. It is expected to take 30-40 days to complete the mediation. If the parties do not settle, they would like 30 days to complete discovery. It is anticipated that all remaining discovery deadlines be extended for an additional seventy (70) days to allow time to schedule the mediation and then complete discovery if the mediation is unsuccessful.

The parties have submitted the instant stipulation and order 21 days before the current discovery cut-off date of March 29, 2024, which is within the time required by LR ~~26-4~~ 26-3.

**D.   PROPOSED DISCOVERY SCHEDULE**

Pursuant to LR 26-3, the parties propose to extend the current deadlines and jointly submit the following to the Court:

1.   **Discovery Cut-Off Date:**  The current discovery cut-off date is March 29, 2024. The parties are requesting a seventy-day extension of this deadline up to and including **June 7, 2024**.

2.   **Deadline for Amending Pleadings or Adding Parties:**  The current deadline was September 5, 2023. The parties are not requesting an extension of this deadline.

3.   **FRCP Rule 26(a)(2) Disclosures:**  The current deadline was January 31, 2024, for initial expert disclosures and February 29, 2024, for rebuttal expert disclosures. The parties are not requesting an extension of these deadlines.

4.   **Dispositive Motions:**  The current deadline for filing dispositive motions is April 29, 2024. The parties request a seventy-day extension of this deadline up to and including **July 9, 2024**.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

-3-

294017451v.1

5. **Pre-Trial Order:** The current deadline to file the Joint Pretrial Order is May 27, 2024, unless otherwise suspended under LR 26-1(b)(5). The parties request that the Pre-Trial Order be due <span style="color:red">August 8, 2024 or, if dispositive motions are filed, 30 days after decision on the dispositive motions or further court order.</span>

**IT IS SO STIPULATED.**

DATED this 7th day of March, 2024.                DATED this 7th day of March, 2024.

WILSON, ELSER, MOSKOWITZ, EDELMAN           RICHARD HARRIS LAW FIRM
& DICKER LLP

By:  */s/ Jason R. Wigg*                          By:  */s/ Johnathan M. Leavitt*
    Sheri M. Thome, Esq.                              Johnathan M. Leavitt, Esq.
    Nevada Bar No. 008657                             Nevada Bar No. 013172
    Jason R. Wigg, Esq.                               6900 S. McCarran Blvd., #1010
    Nevada Bar No. 007953                             Reno NV 89509
    6689 Las Vegas Blvd. South, Suite 200             Phone: (775) 222-2222
    Las Vegas, Nevada 89119                           jleavitt@richardharrislaw.com
    Phone: 702-727-1400                               *Attorneys for Plaintiff*
    Sheri.Thome@wilsonelser.com                       *Linda Goodhope*
    Jason.Wigg@wilsonelser.com
    *Attorneys for Defendant*
    *DeRoyal Industries, Inc.*

### ORDER

GOOD CAUSE SHOWN, IT IS SO ORDERED.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: March 8, 2024

294017451v.1