1  Sheri M. Thome, Esq.
   Nevada Bar No. 008657
2  Jason R. Wigg, Esq.
   Nevada Bar No. 007953
3  **WILSON, ELSER, MOSKOWITZ,**
   **EDELMAN & DICKER LLP**
4  6689 Las Vegas Blvd. South, Suite 200
   Las Vegas, Nevada 89119
5  Telephone: 702.727.1400
   Facsimile: 702.727.1401
6  Email: Sheri.Thome@wilsonelser.com
   Email: Jason.Wigg@wilsonelser.com
7  *Attorneys for Defendant DeRoyal Industries, Inc.*

8  **UNITED STATES DISTRICT COURT**

9  **DISTRICT OF NEVADA**

| | |
|---|---|
| 10  LINDA GOODHOPE; | Case No.  2:22-cv-02098-APG-DJA |
| 11            Plaintiffs, | **STIPULATION AND ORDER FOR** |
| 12  vs. | **DISMISSAL WITH PREJUDICE** |
| 13  DEROYAL INDUSTRIES, INC., a foreign corporation; ROE MANUFACTURER; ROE MAINTENANCE AND REPAIR; DOE INDIVIDUALS 1-20 and ROE ENTITIES 1-20; | |
| 16            Defendants. | |

17       Plaintiff Linda Goodhope ("Plaintiff") and Defendant DeRoyal Industries, Inc. ("DeRoyal"),

18  by and through their undersigned counsel of record, hereby stipulate and agree that this action be

19  dismissed in its entirety, with prejudice, with each party to bear their own attorneys' fees and costs

20  incurred in this action.  FRCP 41(a)(1)(ii).

21  . . .

22  . . .

23  . . .

24  . . .

25  . . .

26  . . .

27  . . .

28  . . .

299638558v.1

**IT IS SO STIPULATED.**

DATED this 1st day of August, 2024.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: */s/ Jason R. Wigg*
    Sheri M. Thome, Esq.
    Nevada Bar No. 008657
    Jason R. Wigg, Esq.
    Nevada Bar No. 007953
    6689 Las Vegas Blvd. South, Suite 200
    Las Vegas, Nevada 89119
    Phone: 702-727-1400
    Sheri.Thome@wilsonelser.com
    Jason.Wigg@wilsonelser.com
    *Attorneys for Defendant*
    *DeRoyal Industries, Inc.*

DATED this 1st day of August, 2024.

RICHARD HARRIS LAW FIRM

By: */s/ Johnathan M. Leavitt*
    Johnathan M. Leavitt, Esq.
    Nevada Bar No. 013172
    6900 S. McCarran Blvd., #1010
    Reno NV 89509
    Phone: (775) 222-2222
    jleavitt@richardharrislaw.com
    *Attorneys for Plaintiff*
    *Linda Goodhope*

## ORDER

Upon stipulation of the parties and for good cause shown, the above-captioned action is dismissed in its entirety, with prejudice, with each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: August 2, 2024

299638558v.1